**Appeal Dismissed and Memorandum Opinion filed April 9, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00110-CV

**JOSHUA DEROCHE AND TEXAS POOL-AID, LLC, Appellants**

**V.**

**CMI ENTERPRISES, LLC, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-CV-2292**

## MEMORANDUM  OPINION

This appeal is from a judgment signed October 31, 2023.  The notice of appeal was filed February 12, 2024.  To date, our records show that appellants have not paid the appellate filing fee.  *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).  Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants had not paid for the record, and there is otherwise no indication

appellants have made arrangements to pay for the record.

On February 23, 2024, appellants were instructed to pay the appellate filing fee on or before March 4, 2024 or the appeal would be subject to dismissal without further notice. In addition, on February 28, 2024, notification was transmitted to appellants that the appeal was subject to dismissal without further notice unless, within fifteen days, appellants made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants did not provide any response to any of those notices.

On March 19, 2024, appellants was ordered to pay the filing fee and demonstrate they had made arrangements to pay for the clerk's record on or before March 29, 2024. *See* Tex. R. App. P. 4.1(a). In the order, the court notified appellants that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellants have not paid the appellate filing fee, they have not provided this court with proof of payment for the record, nor have they otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.